

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**UNITED STATES OF AMERICA,**

v.  CRIMINAL ACTION NO. 2:17cr114-002

**CHRISTINA DANIELLE PATTERSON,**

Defendant.

## ORDER

This Court has been advised that the defendant wishes to enter a plea of guilty. A United States Magistrate Judge is hereby authorized, with the consent of the defendant, to conduct the proceedings required by Federal Rule of Criminal Procedure 11 incident to the making of the plea. *See* 28 U.S.C. 636 (b)(1); *United States v. Dees*, 125 F.3d 261 (5th Cir. 1997). The defendant may consent to the Magistrate Judge conducting the proceedings on a form provided by the Clerk.

If, after conducting such proceedings, the Magistrate Judge accepts the plea of guilty and the associated plea agreement, a presentence investigation shall be conducted and a report will be prepared pursuant to Federal Rule of Criminal Procedure 32 and a sentencing date shall be scheduled. If the plea of guilty is accepted, the District Judge will adjudicate guilt at the sentencing hearing and will determine and impose sentence.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for the parties.

**IT IS SO ORDERED.**

Norfolk, Virginia
October 3, 2017

Raymond A. Jackson
United States District Judge